UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
**Honorable Sidney B. Brooks**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 98-25466 PAC |
| JOHN ROBERT BURKE ) | Chapter 11 |
| SSN: 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 ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ALBERT HOFFMAN, CHAPTER 7 TRUSTEE, ) | |
| Plaintiff, ) | Adversary Proceeding |
| v. ) | No. 98-1754 SBB |
| ) | |
| RICHARD GREENE, JOSEPH J. BLACKMAN, ) | |
| FIRSTBANK OF LAKEWOOD, JANET ADAMS, ) | |
| in her capacity as Clerk of the District Court, ) | |
| Denver District Court, State of Colorado, and ) | |
| LAS MARGARITAS, INC. ) | |
| Defendants. ) | |
| ) | |
| ) | |
| RICHARD GREENE ) | |
| Plaintiff, ) | Adversary Proceeding |
| ) | No. 99-1117 MSK |
| v. ) | |
| ) | |
| JOHN ROBERT BURKE ) | (Adversaries Consolidated |
| ) | into **Adversary Proceeding** |
| ) | **No. 98-1754 SBB)** |
| Defendant. ) | |

ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION
FOR ENLARGEMENT OF TIME TO FILE NOTICE OF APPEAL

THIS MATTER comes before the Court on Richard Greene's **MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE OF APPEAL** and the Court having reviewed the same and being advised in the premises, it is hereby

ORDERED that the Motion is GRANTED, in part, and Mr. Greene shall have an enlargement of time through and including **Friday, September 14, 2007**, to file a Notice of Appeal in this case. The Motion is DENIED, in part, in that this Court is not extending the length of time to file a Notice of Appeal to September 21, 2007, as requested by Mr. Greene.

Dated: September 5, 2007

BY THE COURT:

*Sid Brooks*

Sidney B. Brooks,
United States Bankruptcy Judge