UNITED STATES BANKRUPTCY COURT
For The District Of Colorado
**Honorable Sidney B. Brooks**

| | | |
|---|---|---|
| In re:<br><br>JOHN ROBERT BURKE<br>SSN: xxx-xx-1349<br><br>Debtor. | ) ) ) ) ) ) ) ) | Bankruptcy Case No.<br>98-25466-MER<br>Chapter 7 |
| ALBERT HOFFMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GREENE,<br>JOSEPH J. BLACKMAN,<br>FIRSTBANK OF LAKEWOOD,<br>JANET ADAMS, in her capacity as Clerk of the District Court, Denver District Court, State of Colorado, and<br>LAS MARGARITAS, INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No.<br>98-01754-SBB |
| RICHARD GREENE,<br><br>Plaintiff,<br><br>JOHN ROBERT BURKE,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding No.<br>99-01117-HRT<br><br>(Adversaries Consolidated into<br>**Adversary No. 98-01754-SBB**) |

## ORDER

THIS MATTER comes before the Court on Richard Greene's **MOTION FOR ENLARGEMENT OF TIME TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** and the Court having reviewed the same and being advised in the premises, it is hereby

ORDERED that the Motion is granted and Mr. Greene shall have an enlargement of time, through and including Monday, October 8, 2007, to file a designation of the items to be included in the record on appeal and a statement of the issues to be presented.

{00274409.DOC;1}                                   1

Dated:  September 25, 2007

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge