IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01947-AP

In re: JOHN ROBERT BURKE
(Bankruptcy Case No. 98-25466-MER)

RICHARD GREENE,

       Appellant,

v.

JOHN ROBERT BURKE,

       Appellee.

## ORDER DENYING MOTION FOR DAMAGES AND COSTS

**Blackburn, J.**

This matter is before me on **Appellee Robert Burke's Motion for Damages and Costs** [#28], filed February 4, 2008. Burke seeks damages and costs under Fed. R. Bankr. P. 8020, which provides that if a district court determines that an appeal of an order, judgment, or decree of a bankruptcy judge is frivolous, then the court may award just damages and single or double costs to the appellee. I have competed my review of and ruling on the appeal filed by the appellant in this case, and I conclude that the appellant's appeal is not frivolous.

**THEREFORE, IT IS ORDERED** that **Appellee Robert Burke's Motion for Damages and Costs** [#28], filed February 4, 2008, is **DENIED**.

Dated September 29, 2008, at Denver, Colorado.

       **BY THE COURT:**

       **s/ Robert E. Blackburn**
       **Robert E. Blackburn**
       **United States District Judge**